# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3556
_____

BOBBY JOE DAVIS,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

February 25, 2019

PER CURIAM.

  AFFIRMED.

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Carrie McMullen, Assistant Public Defender, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Anne C. Conley and Amanda Stokes, Assistant Attorneys General, Tallahassee, for Appellee.